FILED ___ RECEIVED ___ ENTERED ___ SERVED ON COUNSEL/PARTIES OF RECORD — JAN 11 2018 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

COUNTY OF CLARK, et al.,

    Defendants.

3:17-cv-00676-MMD-VPC

**ORDER**

## I. DISCUSSION

Based on the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer housed at the address listed with the Court. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: This 11th day of January 2018.

_____
United States Magistrate Judge